**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMBARCADERO SYSTEMS CORPORATION,

    Plaintiff,

    v.

VASCOR, LTD.,

    Defendant.

No. C-05-5119 PJH

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AND GRANTING DEFENDANT'S MOTION FOR A MORE DEFINITE STATEMENT**

The motion of defendant Vascor, Ltd. ("Vascor") for an order dismissing claims one, two, and three of the complaint for failure to state a claim, and motion for a more definite statement in claims four, five and six of the complaint came on for hearing on February 8, 2006. Vascor appeared by its counsel Mehrnaz Boroumand, and plaintiff Embarcadero Systems Corporation ("ESC") appeared by its counsel Adron W. Beene. Having carefully reviewed the parties' papers and considered the arguments of counsel and the relevant legal authority, and good cause appearing, the court hereby rules as follows for the reasons stated at the hearing.

Vascor's motion to dismiss claims one, two, and three is DENIED. Vascor's motion for a more definite statement in claims four, five, and six is GRANTED. ESC shall file an amended complaint no later than March 10, 2006. Vascor shall file its response no later than March 30, 2006.

**IT IS SO ORDERED.**

Dated: February 10, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge