1  LAW OFFICES OF ADRON W. BEENE
   ADRON BEENE (State Bar No. 129040)
2  adron@adronlaw.com
   1754 Technology Drive, Suite 228
3  San Jose, CA 95110
   Telephone: (408) 392-9233
4  Facsimile: (408) 392-9237

5  Attorney for Plaintiff
   EMBARCADERO SYSTEMS CORPORATION
6
   TOWNSEND AND TOWNSEND AND CREW LLP
7  PAUL F. KIRSCH (State Bar No. 127446)
   pkirsch@townsend.com
8  ANTHONY J. MALUTTA (State Bar No. 193587)
   ajmalutta@townsend.com
9  MEHRNAZ BOROUMAND (State Bar No. 197271)
   mboroumand@townsend.com
10 Two Embarcadero Center, Eighth Floor
   San Francisco, California 94111
11 Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
12
   Attorneys for Defendants
13 VASCOR, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMBARCADERO SYSTEMS CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>VASCOR, LTD. and DOES 1-50, inclusive,<br><br>Defendants. | Case No.   05-05119 PJH<br><br>**E-FILING**<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR SIXTY DAY STAY OF CASE PENDING SETTLEMENT DISCUSSIONS |

1.   Plaintiff Embarcadero Systems Corporation and Defendant Vascor, Ltd. (collectively referred to as "the Parties") wish to stay this case for 60 days while they mediate the matter at Judicial Arbitration and Mediation Services ("JAMS").

1  2. Counsel for the Parties began discussions in compliance with FRCP Rule 26. During these discussions, the Parties agreed that the best course would be to seek a stay of the case and mediate this matter, thereby reducing the expense to the parties and the involvement of the Court. As a result, plaintiff Embarcadero Systems Corporation and defendant Vascor, Ltd. hereby stipulate through their counsel to voluntarily submit to private mediation before the Retired Honorable Charles A. Legge of the Judicial Arbitration and Mediation Services ("JAMS"). The parties have scheduled a full-day mediation session with Judge Legge on April 20, 2006.

3. In light of their desire to settle this matter expeditiously and without using more of this Court's resources, the Parties also stipulate to a sixty day stay of the above-captioned case and respectfully request that this Court enter an order staying the case until May 22, 2006.

4. There are currently several upcoming deadlines on calendar in this case. As part of this stipulation, the Parties respectfully request that the Court vacate the following deadlines:

| | |
|---|---|
| March 23, 2006 | Last day for Defendant to file answer |
| March 23, 2006 | Last day for Parties to file joint ADR certification |
| April 6, 2006 | Last day for Parties to file joint case management conference statement |
| April 6, 2006 | Last day for Parties to exchange initial disclosures |
| April 13, 2006 | Case Management Conference |

5. The Parties also agree that they shall jointly notify the Court regarding the status of settlement discussions by April 28, 2006. If the case is not settled by that date, the Parties shall request that the Court reset the above dates as it sees fit.

DATED: March __, 2006            Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP
PAUL F. KIRSCH
MEHRNAZ BOROUMAND

By: _____*M. Boroumand*_____
    MEHRNAZ BOROUMAND
    Attorneys for Defendants
    VASCOR, LTD.

DATED: March 21, 2006

Respectfully submitted,

LAW OFFICES OF ADRON BEENE

By: _____
ADRON BEENE
Attorneys for Plaintiff
EMBARCADERO SYSTEMS CORPORATION

IT IS SO ORDERED. *All dates + Case Management Conference continued to 6/1/06, 2:30 pm.*

3/22/06

_____
Honorable Phyllis J. Hamilton
United States District Court Judge

Case stayed to May 22, 2006.
CMC continued to 6/15/06, 2:30 pm

3/22/06

STIPULATION AND [PROPOSED] ORDER FOR SIXTY DAY STAY OF CASE PENDING SETTLEMENT DISCUSSIONS
Case No. C 05-5119 PJH                                                                                    3