UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMBARCADERO SYSTEMS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>VASCOR, LTD.,<br><br>    Defendant. | Case No.: C-05-5119 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(II)** |

Pursuant to Fed. R. Civ. P. 41 (a)(1)(ii), Plaintiff Embarcadero Systems Corporation and Defendant Vascor, Ltd., having fully compromised and settled the above-entitled action, hereby stipulate and agree, through their respective counsel, that this litigation shall be dismissed with prejudice, with each side bearing its own costs and attorneys' fees.

LAW OFFICES OF ADRON W. BEENE

DATED: 4-25-06    By: _____
ADRON W. BEENE
Attorney for Plaintiff
EMBARCADERO SYSTEMS
CORPORATION

TOWNSEND AND TOWNSEND AND CREW

DATED: 5-3-06    By: _____
MEHRNAZ BOROUMAND
Attorney for Defendant
VASCOR, LTD.

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(A)(1)(II), Case No. C-05-5119 PJH

IT IS SO ORDERED.

Dated: 5/11/06



STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(A)(1)(II), Case No. C-05-5119 PJH